FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 16-1421 MCA |
| vs. | ) Count 1: 18 U.S.C. § 2115: Burglary of a Post Office; |
| **KENNY MARTINEZ,** | ) Count 2: 18 U.S.C. §1702: Obstruction of Correspondence; |
| Defendant. | ) Count 3: 18 U.S.C. § 1703: Delay or Destruction of Mail. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about and between November 13 and 14, 2012, in Taos County, in the District of New Mexico, the defendant, **KENNY MARTINEZ**, did forcibly break into a post office located in Peñasco, New Mexico, with the intent to commit a larceny in such post office.

In violation of 18 U.S.C. § 2115.

Count 2

On or about and between November 13 and 14, 2012, in Taos County, in the District of New Mexico, the defendant, **KENNY MARTINEZ**, did take letters and packages addressed to multiple individuals, which had been in a post office before those letters and packages had been delivered to said individuals, with design to obstruct the correspondence of the said individuals.

In violation of 18 U.S.C. § 1702.

Count 3

On or about and between November 13 and 14, 2012, in Taos County, in the District of New Mexico, the defendant, **KENNY MARTINEZ**, did without authority open and destroy mail and packages not directed to him.

In violation of 18 U.S.C. § 1703.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*Elaine Ramirez*
Assistant United States Attorney

KAB   04/06/16  7:53AM

2